**Opinion issued June 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00065-CV

_____

**BUTLER GRAHAM EVANS, Appellant**

**V.**

**NORA BEATRICE DAVIS, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1266372**

## MEMORANDUM OPINION

Appellant Butler Graham Evans' brief was due to be filed on April 9, 2026. On April 21, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.